USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2022

**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

June 27, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

        *Re*:   *Picon v. Lou Maddaloni Jewelers, Inc.,*
              Case No.: 1:22-cv-3580

Dear Judge Torres,

    The undersigned represents Yelitza Picon, on behalf of herself and all other persons similarly situated ("Plaintiff"), in the above-referenced action against Lou Maddaloni Jewelers, Inc., ("Defendant"). The undersigned respectfully requests that the deadline to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order by July 5, 2022 (Dkt. 7) be adjourned for 60 days because Counsel for the Defendant has not yet answered or appeared in this Action. Additionally, the undersigned respectfully requests Your Honor grant the Defendant an additional 45 days to respond to the Complaint until August 11, 2022, so that the Defendant has ample opportunity to appear and defend themselves in this Action. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension

GRANTED. By **August 11, 2022**, Defendant shall answer or otherwise respond to the complaint. By **September 6, 2022**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 28, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge